| | | | |
|---|---|---|---|
| Com. v. Sloan | 1845 WDA 2015<br>Affirmed | 09/15/2016 | CP–10–CR–0000423–2014<br>(Butler) |
| Com. v. Cozart | 11 WDA 2016<br>Affirmed | 09/15/2016 | CP–04–CR–0001254–1995<br>(Beaver) |
| A.J.M.M. v. J.R.M., Sr. | 73 WDA 2016<br>Affirmed | 09/15/2016 | D.R. No. 2011–537<br>(Crawford) |
| Com. v. Chehovits | 140 WDA 2016<br>Affirmed | 09/15/2016 | CP–04–CR–0001684–2014<br>(Beaver) |
| Com. v. Pack | 1340 EDA 2015<br>Affirmed | 09/16/2016 | CP–39–CR–0001361–2008<br>(Lehigh) |
| Com. v. Jackson [20] | 1678 EDA 2015<br>Affirmed | 09/16/2016 | CP–51–CR–0012272–2014<br>(Philadelphia) |
| Com. v. Jefcoat | 1822 EDA 2015<br>Affirmed | 09/16/2016 | CP–39–CR–0004288–2014<br>(Lehigh) |
| Com. v. Matthews | 2468 EDA 2015<br>Affirmed | 09/16/2016 | CP–51–CR–0003979–2014<br>(Philadelphia) |
| Com. v. Smith | 2726 EDA 2015<br>Appeal<br>dismissed | 09/16/2016 | CP–09–SA–0000426–2014<br>(Bucks) |
| M.S.C., Jr. v. L.M.D. | 3197 EDA 2015<br>Affirmed | 09/16/2016 | 2014–05496–CU<br>(Chester) |
| Stewart v. Wal–Mart Stores, Inc. | 3301 EDA 2015<br>Affirmed | 09/16/2016 | July Term, 2012–No. 4533<br>(Philadelphia) |
| Com. v. Robinson | 3568 EDA 2015<br>Affirmed | 09/16/2016 | CP–51–CR–0005926–2007<br>(Philadelphia) |
| A.B.M. v. S.A.S. | 438 EDA 2016<br>Affirmed | 09/16/2016 | D.R. No. 0C1201493<br>(Philadelphia) |
| In the Interest of: J.J.H. | 1753 MDA 2015<br>Affirmed | 09/16/2016 | CP–22–JV–0000410–2015<br>(Dauphin) |
| Com. v. Carrasco | 1966 MDA 2015<br>Affirmed | 09/16/2016 | CP–40–CR–0002110–2014<br>(Luzerne) |
| Com. v. Eck | 1990 MDA 2015<br>Affirmed | 09/16/2016 | CP–18–CR–0000097–2015<br>CP–18–CR–0000508–2014<br>(Clinton) |
| Com. v. Landrau–Melendez | 2035 MDA 2015Affirmed | 09/16/2016 | CP–38–CR–0002086–2014<br>(Lebanon) |

**20.** Petition for reargument denied November 14, 2016.